FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JAN - 4 2011

D. MARK JONES, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LAUREN ROSENBERG<br><br>    Plaintiff,<br><br><br>      vs.<br><br><br>PATRICK HARWOOD, as an individual,<br>GOOGLE, a corporation, and JOHN DOES I<br>through X, inclusive,<br><br>    Defendants, | Order to Show Cause<br><br><br><br><br><br>Case No. 2:10-cv-496 |

Plaintiff is hereby ordered to show cause why the complaint filed on May 27, 2010,

should not be dismissed for failure to serve within 120 days pursuant to FED. R. CIV. P. 4(m).

Plaintiff is directed to respond in writing within 15 days from the date of this order and inform

the Court of the status of the case and Plaintiff's intentions to proceed. Failure to do so will

result in dismissal of the case.

DATED this __4th__ day of January, 2011.

Dee Benson

Dee Benson
United States District Judge