Allen K. Young (3583)
Tyler S. Young (11325)
*Attorneys for Plaintiff*
YOUNG, KESTER & PETRO
75 South 300 West
Provo, UT 84601
Telephone: (801) 379-0700
Facsimile: (801) 379-0701

|  |  |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br>DISTRICT OF UTAH, CENTRAL DIVISION | |
| LAUREN ROSENBERG,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK HARWOOD as an individual, GOOGLE, a corporation, and JOHN DOES I through X, inclusive,<br><br>Defendants. | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE<br><br><br>Case No. 2:10-cv-496<br>Judge : Judge Dee Benson |

Plaintiff, by and through her attorney, Tyler S. Young, of Young, Kester, Black & Jube hereby responds to the Court's Order to Show Cause as follows:

The parties concluded that there was no diversity of citizenship which would give the Federal Court jurisdiction of this matter. Therefore, this matter has been filed in the Third District Court of Utah, Salt Lake County. Plaintiff has no objection to the Federal Court dismissing this matter without prejudice.

// //

DATED this 20th day of January, 2011

                                                    Tyler S. Young
                                                    *Attorneys for Plaintiff*