SO ORDERED

FILED
U.S. DISTRICT COURT

Allen K. Young (3583)
Tyler S. Young (11325)         2011 JAN 21  P 2: 7
*Attorneys for Plaintiff*
YOUNG, KESTER & PETRO    DISTRICT OF UTAH
75 South 300 West              BY:_____
Provo, UT 84601                    DEPUTY CLERK
Telephone: (801) 379-0700
Facsimile: (801) 379-0701

_____
DEE BENSON
United States District Judge

Date January 20, 2011

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| LAUREN ROSENBERG, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK HARWOOD as an individual, GOOGLE, a corporation, and JOHN DOES I through X, inclusive, <br><br> Defendants. | PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE <br><br><br> Case No. 2:10-cv-496 <br> Judge : Judge Dee Benson |
|---|---|

Plaintiff, by and through her attorney, Tyler S. Young, of Young, Kester, Black & Jube hereby responds to the Court's Order to Show Cause as follows:

The parties concluded that there was no diversity of citizenship which would give the Federal Court jurisdiction of this matter. Therefore, this matter has been filed in the Third District Court of Utah, Salt Lake County. Plaintiff has no objection to the Federal Court dismissing this matter without prejudice.

// //

DATED this 20th day of January, 2011

_____
Tyler S. Young
*Attorneys for Plaintiff*